BEFORE THE SECOND DIVISION, JUNE 27, 1940

**No. 44036.**—Protest 13784–K of Mabarak Bros. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of finished handkerchiefs in chief value of vegetable fiber other than cotton, valued at 80 cents or more per dozen.   On the agreed facts the claim at 2 cents each and 30 percent ad valorem under paragraph 1529 (b) and T. D. 48093 was sustained.